**3**

HANSEN PRODUCE COMPANY, Inc., a Body Corporate, Appellant, v. ROPNER SHIPPING COMPANY, Limited, a Corporation, Appellee. HANSEN PRODUCE COMPANY Inc., a Body Corporate, Appellant, v. POOLE SHIPPING COMPANY, Limited, a Corporation, Appellee. (Circuit Court

of Appeals Fourth Circuit. June 10, 1924.) (Nos. 2258, 2259.) Appeals from the District Court of the United States for the District of Maryland, at Baltimore; Morris A. Soper, Judge. J. Craig McLanahan, of Baltimore, Md. (H. N. Abercrombie and France, McLanahan & Rouzer, all of Baltimore, Md., on the brief), for appellant. Charles R. Hickox, of New York, City (Robert W. Williams, of Baltimore, Md., and Clement C. Rinehart, of New York City, on the brief), for appellees. Before WOODS, WADDILL, and ROSE, Circuit Judges.

PER CURIAM. The decrees in these cases are affirmed, for the reasons stated in the opinion (296 Fed. 235) of the District Judge. Affirmed.